IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **ANGELA HUTSON-CUMPSTON, aka** **Angela Hutson, aka Angela Cumpston** Debtor. | In Chapter 7 Proceeding NO. **18-43191-MJH** |
| | **Order Avoiding Liens** |

IT IS HEREBY ORDERED That the judgment liens of the following creditors be and the same are hereby declared null and void with respect to the property commonly known as **2416 N 9th Circle, Ridgefield, WA 98642** unless the Debtors' bankruptcy case is dismissed.

(A) Cach LLC vs. Angela Cumpston, Clark County Superior Court #16-2-05525-1 entered on about

1/17/17 in the amount of $1627.70; and

(B) Midland Funding LLC vs. Angela Cumpston, Clark County Superior Court Court #11-2-01573-8

entered on or about 5/20/11 in the amount of $7776.04.

///end of order///

Presented by:

/s/ E l l e n  A n n  B r o w n
**Ellen Ann Brown** WSBA 27992