BROWN & SEELYE PLLC
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958
866-422-6196 fax

THE HONORABLE MARY JO HESTON
Hearing Date 1/8/19 at 9:00 am
Vancouver, WA

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>ANGELA HUTSON-CUMPSTON, aka<br>Angela Hutson, aka Angela Cumpston<br><br>Debtor(s) | Case No. 18-43191-MJH<br><br>DECLARATION OF SERVICE |

Ellen Ann Brown, under penalty of perjury, states and declares as follows: On December 10, 2018 I deposited in the mails of the United States, in a properly addressed envelope stamped with first-class postage and also by certified mail, a true and correct copy of the Motion to Avoid Judgment Liens, Notice of Hearing, and Proposed Order to the following:

Midland Funding LLC
Attn: President or CEO
8875 Aero Drive Suite 200
San Diego, CA 92123

Cach LLC
c/o Corporation Service Company
300 Deschutes Way SW Ste 304
Tumwater, WA 98501

Midland Funding LLC
c/o Suttell & Hammer PS
PO BOX C-90006
Bellevue, WA 98009

Cach, LLC
c/o President or CEO
4340 South Monaco St
Denver, CO 80237

Midland Funding LLC
c/o Corporation Service Company
300 Deschutes Way SW Ste 304
Tumwater, WA 98501

Dated December 10, 2018

/s/ Ellen Ann Brown
Ellen Ann Brown
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
(253)573-1958
(253)503-4317 fax