Entered on Docket December 20, 2018

**Below is the Order of the Court.**

_Mary Jo Heston_

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** ) <br> ) <br> **ANGELA HUTSON-CUMPSTON** ) <br> ) <br> ) <br> **Debtor(s)** ) <br> ) <br> ) <br> _____ ) | **In Chapter 7 Proceeding** <br> **No. 18-463191** <br><br> **Order Re: Ex Parte Motion to Extend Deadline for Reaffirmation Agreements** |

It is hereby ORDERED that the Debtor(s) Motion to Extend the Deadline for Reaffirmation Agreements to 1/18/19 is granted.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor(s)

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958